August 16, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

IN THE INTEREST OF A.J.K, III AND O.J.K., CHILDREN

NO. 14-12-00639-CV

_____

       Today the Court heard the parties joint motion to dismiss the appeal from the judgment signed by the court below on June 20, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.


       We further order that mandate be issued immediately.

       We further order this decision certified below for observance.